**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

Keith McNamara, Receiver,

       Plaintiff,

      v.                            Case Number 2:01cv1053

Hurtz Major Financial Services Corp., *et al.*,    **Judge Michael H. Watson**

      Defendants.

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

      IT IS ORDERED AND ADJUDGED that pursuant to the July 20, 2006 Opinion and Order, judgment is granted in favor of Plaintiff and against Defendants Hurtz Major Financial Services Corp., Thomas J. Robbins and Clair W. Cox, jointly and severally, in the amount of $3,572,239.09.

Date:  **July 20, 2006**                **James Bonini, Clerk**

                                 /s/ *Karen S. Waldrop*
                                Karen S. Waldrop/Deputy Clerk